Keely E. Duke
ISB #6044; ked@dukevett.com
Mallam J. Prior
ISB#10938; mjp@dukeevett.com
DUKE EVETT, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, ID 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Longhorn IP LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; and MICRON TECHNOLOGY TEXAS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LONGHORN IP LLC<br><br>Defendant. | CASE NO. 1:22-cv-00273-DCN<br><br>**DEFENDANT LONGHORN IP LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6)** |

Defendant Longhorn IP LLC ("Defendant" or "Longhorn"), by and through the undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 12(b)(6), upon the accompanying Memorandum in Support, moves this Court to dismiss with prejudice for failure to state a claim upon which relief can be granted the Complaint (Dkt. 1-4) filed by Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC

(collectively, "Plaintiffs" or "Micron"), and for other and further relief that the Court deems just and proper.

WHEREFORE, said Defendant respectfully requests that this Motion be granted in its entirety.

DATED this 12th day of July, 2022.

DUKE EVETT, PLLC


By /s/Keely E. Duke
Keely E. Duke – Of the Firm
Mallam J. Prior – Of the Firm

*/s/ Scott W. Breedlove*
Scott W. Breedlove (*pro hac vice* pending)
sbreedlove@carterarnett.com
Texas Bar No. 00790361
Daniel L. Schmid (*pro hac vice* pending)
Texas State Bar No. 24093118
dschmid@carterarnett.com
Nathan Cox (*pro hac vice* pending)
ncox@carterarnett.com
Texas Bar No. 24105751
**CARTER ARNETT PLLC**
8150 N. Central Expy, 5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185
*Attorneys for Defendant*
*Longhorn IP LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of July, 2022, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

| | |
|---|---|
| David Krueck | dkrueck@perkinscoie.com |
| Daniel Graham | DGraham@perkinscoie.com |
| Amanda Tessar | ATessar@perkinscoie.com |

/s/Keely E. Duke
Keely E. Duke

**DEFENDANT LONGHORN IP LLC'S MOTION TO DISMISS
PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6) - 3**