**LAWRENCE G. WASDEN**
ATTORNEY GENERAL
STATE OF IDAHO

**BRETT T. DELANGE** (ISB No. 3628)
Division Chief
Consumer Protection Division

**STEPHANIE N. GUYON** (ISB No. 5989)
Deputy Attorney General
Idaho Attorney General's Office
Consumer Protection Division
P.O. Box 83720 • Boise, ID 83720-0010
954 W. Jefferson St., 2nd Fl. • Boise, ID 83702
(208) 334-2424 • stephanie.guyon@ag.idaho.gov

*Attorneys for State of Idaho*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>LONGHORN IP, LLC,<br><br>*Defendant*. | Case No. 1:22-cv-00273-DCN<br><br>**STATE OF IDAHO'S MOTION TO INTERVENE** |

The State of Idaho ("the State"), by and through Attorney General Lawrence G. Wasden ("the Attorney General"), moves to intervene in the above-captioned matter pursuant to 28 U.S.C. § 2403(b) and Fed. R. Civ. Pro. 5.1(c) and 24(a)(1) to defend the constitutionality of Idaho's Bad Faith Assertions of Patent Infringement Act, title 48, chapter 19, Idaho Code.   Filed herewith is the State's Memorandum in Support of Motion to Intervene.

STATE OF IDAHO'S MOTION TO INTERVENE - 1

September 6, 2022                         /s/ Brett T. DeLange
                                          BRETT T. DeLANGE
                                          Deputy Attorney General

## CERTIFICATE OF SERVICE

This to certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system on September 6, 2022.

                                                /s/ *Brett T. DeLange*
                                                BRETT T. DeLANGE
                                                Deputy Attorney General